

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

East Texas Baptist University, a Texas Not-for-Profit Corporation, Appellant

No. 06-12-00094-CV          v.

ASI Campus Laundry Solutions, a Division of Coinmach Corporation, a Delaware Corporation Registered to do Business in the State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 12-0665). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED JANUARY 15, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk